# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
                    Appellant,
            vs.
CAPUCINE YOLANDA HOLMES,
                    Respondent.

No. 80565

FILED

FEB 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion for an order to show cause why appellant should not be held in contempt, to compel compliance with decree of divorce, and for an award of attorney fees and costs. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. See NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order finding a party in contempt, compelling compliance with a divorce decree and a related award of attorney fees. *See Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649, 5 P.3d 569, 671 (2000) (recognizing that a contempt order entered in an ancillary proceeding is not appealable); *compare Vaile v. Vaile*, 133 Nev. 213, 217,

20-06481

396 P.3d 791, 794 (2017); *and Lewis v. Lewis*, 132 Nev. 453, 373 P.3d 878 (2016). To the extent appellant challenges the award of attorney fees and costs, the appeal is premature because the district court has directed the parties to submit memoranda of costs. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
Wilbert Roy Holmes
Heaton Fontano, Ltd.
Eighth District Court Clerk